**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| RICHARD EUGENE SINGLETON, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | Case No. 09-3197-CV-S-GAF-SSA |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER GRANTING DEFENDANT'S MOTION TO REVERSE AND REMAND

Now pending before the Court is Defendant's Motion to Reverse and Remand the above referenced case to the Defendant pursuant to sentence four of section 205(g), 42 U.S.C. § 405(g). For good cause shown, it is

ORDERED that the above referenced matter is reversed and remanded to the Commissioner under sentence four of 42 U.S.C. § 405(g).

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: September 18, 2009