IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| RICHARD EUGENE SINGLETON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 09-3197-CV-S-GAF-SSA |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING APPLICATION FOR ATTORNEY FEES
## UNDER THE EQUAL ACCESS TO JUSTICE ACT

Now pending before the Court is Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act. For good cause shown, and there being no objection by opposing counsel, it is

ORDERED that Plaintiff is awarded attorney fees in the amount of $3,275.00, payable to Plaintiff's counsel, Randall Cary Nathan, Jr.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: October 27, 2009